UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES BARR, MARY BIRDOES, JEFF BOWLIN, and RYAN LANDIS, individually on behalf of themselves all other persons similarly situated,<br><br>*Plaintiff,*<br><br>DRIZLY, LLC f/k/a DRIZLY, INC., and THE DRIZLY GROUP, INC.<br><br>*Defendant,* | Case No. 1: 20-cv-11492-LTS<br><br>The Honorable Leo T. Sorokin<br><br>Magistrate Judge Donald L. Cabell |

## MOTION FOR LEAVE FOR WARREN D. POSTMAN TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the Local Rules of Civil Procedure of the United States District Court for the District of Massachusetts, Jason M. Leviton, a member of the bar of this Court, hereby moves that Warren D. Postman be granted leave to appear *pro hac vice* before this Court as counsel to Plaintiffs James Barr, Mary Birdoes, Jeff Bowlin, and Ryan Landis in the above-captioned matter. In support thereof, Jason M. Leviton respectfully submits as follows:

1. I am an attorney in good standing and authorized to practice law in the Commonwealth of Massachusetts, and am an attorney with the law firm of Block & Leviton LLP, counsel for Plaintiffs. I submit this declaration in support of Plaintiffs' Motion for Leave for Warren D. Postman to appear *pro hac vice*.

2. To the best of my knowledge, Warren D. Postman is an attorney in good standing and is not under suspension or disbarment by any court.

3. To the best of my knowledge, Warren D. Postman is a member in good standing of

the Bar of the District of Columbia, and California State Bar.

4. Warren D. Postman will represent Plaintiffs in association with Block & Leviton LLP. All pleadings, briefs, and other papers filed with this Court in this matter will be signed and filed by an attorney at law of this Court. Further, Block & Leviton LLP will appear at all court appearances, unless otherwise excused by the Court.

5. If this motion is granted, Block & Leviton LLP will be responsible for the conduct of Warren D. Postman in this matter, and Warren D. Postman will make the payment due to Clerk of the United States District Court, and will comply with Local Rule 83.5.3.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: November 24, 2020                           Respectfully submitted,

/s/ *Jason M. Leviton*
Jason M. Leviton (BBO #678331)
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel: (617) 398-5600
Fax: (617) 507-6020
jason@blockleviton.com

*Counsel for Plaintiffs*

**Rule 7.1 Certification**

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs conferred with counsel for Defendants regarding the above motion, and counsel for Defendants do not oppose the motion.

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2020, a true and correct copy of the foregoing **MOTION FOR LEAVE FOR WARREN D. POSTMAN TO APPEAR *PRO HAC VICE*** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ <u>*Jason M. Leviton*</u>