UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES BARR, MARY BIRDOES, JEFF BOWLIN, and RYAN LANDIS, on behalf of themselves all other persons similarly situated,<br><br>       Plaintiffs,<br>vs.<br><br>DRIZLY, LLC f/k/a DRIZLY, INC., and THE DRIZLY GROUP, INC.,<br><br>       Defendants. | Case No. 1:20-CV-11492<br><br>**The Honorable Leo T. Sorokin**<br>**Magistrate Judge Donald L. Cabell** |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF
THE PROPOSED CLASS ACTION SETTLEMENT**

Plaintiffs James Barr, Mary Birdoes, Jeff Bowlin, and Ryan Landis ("Plaintiffs"), by and through their undersigned counsel, respectfully move this Court, before the Honorable Leo T. Sorokin, United States District Judge, at the United States District Court, District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts, for an order granting Plaintiffs' motion from preliminary approval of the class action settlement with Defendants Drizly, LLC f/k/a Drizly, Inc. and The Drizly Group, Inc. (collectively "Drizly") and the other relief set forth in the proposed order filed herewith.

Dated:  March 29, 2021      Respectfully submitted,

                  */s/ Jason M. Leviton*
                  Jason M. Leviton (BBO #678331)
                  Jacob A. Walker (BBO #688074)
                  **BLOCK & LEVITON LLP**
                  260 Franklin Street, Suite 1860
                  Boston, MA 02110
                  Tel: (617) 398-5600
                  jason@blockleviton.com
                  jake@blockleviton.com

Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

Anthony M. Christina (admitted *pro hac vice*)
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel: (215) 399-4770
Fax: (914) 997-0035
achristina@lowey.com

Gary F. Lynch (admitted *pro hac vice*)
Jamisen A. Etzel (admitted *pro hac vice*)
**CARLSON LYNCH, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
glynch@carlsonlynch.com
jetzel@carlsonlynch.com

Warren D. Postman (admitted *pro hac vice*)
Jason Ethridge (admitted *pro hac vice*)
**KELLER LENKNER, LLC**
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
Tel: (202) 918-1123
wdp@kellerlenkner.com
jason.ethridge@kellerlenkner.com

Russell S. Thompson, IV (admitted *pro hac vice*)
**THOMPSON CONSUMER LAW GROUP, PC**
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Tel: (602) 388-8898
Fax: (866) 317-2674
rthompson@consumerlawinfo.com

*Counsel for Plaintiffs*

*Counsel for Plaintiffs*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Christian Levis, counsel for Plaintiffs, certify that Plaintiffs conferred with counsel for Defendants Drizly, LLC f/k/a Drizly, Inc., and The Drizly Group, Inc. and they have no objection to this motion being filed and the relief requested herein.

*/s/ Christian Levis*
Christian Levis

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of March, 2021, this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(C).

*/s/ Jason M. Leviton*
Jason M. Leviton
